(104 So. 914)

**Ex parte David A. HIGDON. (8 Div. 797.)**

(Supreme Court of Alabama. June 25, 1925.)

Certiorari to Court of Appeals.

Proctor & Snodgrass, of Scottsboro, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of David A. Higdon for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Higdon v. State, 20 Ala. App. 649, 104 So. 913.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.